IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL M. DURAM, | CV 19-39-M-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| KALISPELL REGIONAL MEDICAL CENTER, | |
| Defendant. | |

On March 14, 2019, Plaintiff Daniel Duram, appearing pro se, filed a motion to withdraw this lawsuit. Therefore, under the circumstances of the status of this action IT IS HEREBY ORDERED this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 18th day of March, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1